UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LOWELL HOUSING AUTHORITY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 08-10784-JLT |
| | * | |
| PSC INTERNATIONAL, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

April 1, 2010

TAURO, J.

After a hearing held on April 1, 2010, this court hereby orders that:

1. Plaintiff's Motion for Reconsideration [#25] is DENIED because Plaintiff has failed to demonstrate that reconsideration of this court's Order Denying Plaintiff's Motion for Summary Judgment [#22] is justified by (1) an intervening change in the law, (2) the discovery of new evidence not previously available, or (3) a clear error of law.[1]

2. Plaintiff may be permitted to present the materials attached to the Motion for Reconsideration [#25] at trial.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge

---

[1] United States v. Allen, 573 F.3d 42, 53 (1st Cir. 2009) (citing Marie v. Allied Home Mortgage Corp., 402 F.3d 1, 7 n.2 (1st Cir. 2005).