UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LOWELL HOUSING AUTHORITY, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 08-10784-JLT |
| | * | |
| PSC INTERNATIONAL, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

October 25, 2010

TAURO, J.

After reviewing the Parties' written submissions, this court hereby orders that:

1. Defendant's Motion in Limine Re: Evidence that the Contract at Issue Violated the Uniform Procurement Act and/or HUD Regulations [#43] is DENIED. A summary judgment ruling does not qualify as a final judgment and thus does not have preclusive effect.[1]

2. Motion of Massachusetts Office of the Inspector General and Barbara J. Hansberry to Quash Trial Subpoena Issued to Barbara J. Hansberry [#47] is ALLOWED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge

---

[1] See In Re Strangie, 192 F.3d 192, 194–95 (1st Cir. 1999); Tardiff v. Knox County, 567 F. Supp. 2d 201, 213 (D. Me. 2008) (citing Strangie); Riley v. Presnell, 409 Mass. 239, 242 (1991) ("The denial of a motion for summary judgment is not a final judgment or decree . . . .").